UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-CV-24300-MGC

IBALDO ARENCIBIA,

    Plaintiff,

vs.

AGA SERVICE COMPANY d/b/a
ALLIANZ GLOBAL ASSISTANCE,
a Foreign For-Profit Corporation;
AMERICAN AIRLINES, INC.,
a Foreign For-Profit Corporation; and
JEFFERSON INSURANCE COMPANY,
a Foreign For-Profit Corporation,

    Defendants.
_____/

**DEFENDANT AMERICAN AIRLINES, INC.'S**
**NOTICE OF STRIKING ECF NO. 17**

Pursuant to directions from the Clerk, Defendant American Airlines, Inc., by and through undersigned counsel, hereby strikes its Notice of Appearance [ECF No. 17] due to a filing error.

Dated: November 12, 2019        Respectfully submitted,

        s/ Humberto H. Ocariz
        Humberto H. Ocariz
        Florida Bar No.: 740860
        Email: hocariz@shb.com
        **SHOOK, HARDY & BACON L.L.P.**
        Miami Center, Suite 3200
        201 South Biscayne Boulevard
        Miami, Florida 33131
        Telephone: 305.358.5171
        Facsimile: 305.358.7470