# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**CASE NO.: 1:19-CV-24300-MGC**

IBALDO ARENCIBIA,

    Plaintiff,

vs.

AGA SERVICE COMPANY d/b/a
ALLIANZ GLOBAL ASSISTANCE,
a Foreign For-Profit Corporation;
AMERICAN AIRLINES, INC.,
a Foreign For-Profit Corporation; and
JEFFERSON INSURANCE COMPANY,
a Foreign For-Profit Corporation,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that **Humberto H. Ocariz, Esq.** of the law firm Shook, Hardy & Bacon L.L.P., hereby enters an appearance as counsel of record on behalf of Defendant, AMERICAN AIRLINES, INC., and requests that copies of every pleading or other document be served on undersigned counsel.

Dated: November 12, 2019

Respectfully submitted,

s/ Humberto H. Ocariz
Humberto H. Ocariz
Florida Bar No.: 740860
Email: hocariz@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305.358.5171
Facsimile: 305.358.7470

Shook, Hardy & Bacon L.L.P.
Miami Center, Suite 3200 | 201 S. Biscayne Blvd. | Miami, Florida 33131-4332 | **t** 305.358.5171

4830-1921-8092 v1