UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:19-cv-24300-MGC

IBALDO ARENCIBIA,

    Plaintiff,

vs.

AGA SERVICE COMPANY, *et al.*,

    Defendants.

_____/

## JOINT PLANNING AND SCHEDULING REPORT

Pursuant to Fed. R. Civ. P. 26(f), Local Rule 16.1(b)(2) and the Court's order (ECF 6), the undersigned counsels for Plaintiff, Ibaldo Arencibia ("Arencibia"), Defendant AGA Service Company ("Allianz"), Defendant Jefferson Insurance Company ("Jefferson") and Defendant American Airlines, Inc. ("AA"), file this Joint Planning and Scheduling Report as follows:

    **A.**    **Likelihood of Settlement:** At this point, the parties view settlement as unlikely. Discovery is needed so the parties can have a better idea of each sides' evidence and the strengths of their claims and defenses.

    **B.**    **Likelihood of appearance in the action of additional parties**: Plaintiff believes he may join additional named plaintiffs but does not anticipate needing more time than that stipulated.

    **C.**    **Proposed limits on time**: The parties propose the following schedule:

| Date | Event |
| --- | --- |
| December 31, 2019 | Deadline for AA to file Motion to Transfer. |
| March 2, 2020 | Deadline to join additional parties and amend claims. |
| September 14, 2020 | Plaintiff to file Motion for Class Certification. |
| September 28, 2020 | Plaintiff to disclose Expert(s) and Expert Reports on Affirmative Claims. |
| October 5, 2020 | Response to Motion for Class Certification. |
| October 15, 2020 | Exchange List of Fact Witnesses intended to be called at trial (to be timely supplemented). |

| | |
|---|---|
| October 26, 2020 | Defendants to disclose Expert(s) and Expert Reports. |
| December 14, 2020 | Complete Fact Discovery. |
| January 22, 2021 | Complete Expert Discovery. |
| February 1, 2021 | File Dispositive Motions. |
| February 12, 2021 | File Daubert Motions. |
| February 15, 2021 | Mediation completed. |
| March 15, 2021 | File Motions *in Limine* and all other pretrial motions. |
| April 5, 2021 | File Responses to Dispositive Motions. |
| April 16, 2021 | Exchange Exhibits. |
| May 3, 2021 | Serve Deposition Designations. |
| May 12, 2021 | Serve Deposition Cross Designations. |
| May 19, 2021 | Serve Deposition Re-Direct Designations. |
| June 2, 2021 | Joint Pretrial Stipulation. |
| June 1, 2021 | Witness and Exhibit Lists. |
| June 8, 2021 | Joint Summary of Respective Motions *in Limine* filed. |
| June 18, 2021 | Final Proposed Jury Instructions, Witness Synopses, Proposed *Voir Dire* Questions, and Deposition Designations submitted to Judge Cooke. |
| June 23, 2021 | Calendar Call. |
| July 7, 2021 | 8-day Jury Trial. |

**D.     Proposals for simplification of issues:** Preliminary issues regarding the parties' positions have been presented in AA's Motion to Dismiss, Allianz and Jefferson's Motion to Dismiss, and in Arencibia's response in opposition to each. After this Court's ruling on these motions, the parties will be in a better position to discuss simplification of claims or defenses. Additionally, American Airlines has, or will file a motion to transfer to a different venue.

**E.     Necessity of amendments to the pleadings:** Plaintiff may timely amend his pleading as authorized by the applicable rules and will seek leave of Court should he need to amend after the applicable deadlines.

**F.     Possibility of obtaining admissions of fact and of documents, electronically stored information ("ESI"), or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, ESI or things, and the need for advance rulings from the Court on admissibility of evidence:** The parties will formulate a Discovery plan that minimizes the need for Court involvement.

      **G.**    **Suggestions for avoidance of unnecessary proof and of cumulative evidence:** The parties will work diligently to avoid cumulative evidence and to streamline discovery information.

      **H.**    **Suggestions on the advisability of referring matters to a Magistrate Judge or Master:** The parties agree to have the Magistrate Judge rule on all Discovery disputes and on motions for attorney's fees and costs.

      **I.**    **Preliminary estimate of the time required for trial:** The parties agree that trial in this matter could take approximately eight (8) days.

      **J.**    **Requested date or dates for conferences before trial, a final pretrial conference, and trial:** (1) Final pretrial conference: June 23, 2021; (2) Trial: July 7, 2021.

      **K.**    **Any issues about:**

      **(i)**    **Disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced:** The parties will work diligently to resolve any issues regarding disclosure, discovery or preservation without the need for court intervention. More specifically, the parties agree to use the framework of this Court's ESI Checklist and when a final agreement is reached, submit it to the Court.

      **(ii)**    **Claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert those claims after production – whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502:** The parties will work diligently to resolve any issues regarding claims of privilege.

      **(iii)**    **When the parties have agreed to use the ESI Checklist available on the Court's website (www. flsd.usgourts.gov):** The parties will use the ESI Checklist from this Court's website or a checklist that is substantially similar to it.

      **L.**    **Other information that might be helpful to the Court in setting the case for status or pretrial conference:** AA has filed a motion to transfer to a different venue. AA, Allianz and Jefferson have filed motions to dismiss pursuant to Rule 12(b)(6), Fed. R. Civ. P.

      **M.**    The parties have attached to this Joint Planning and Scheduling Report Attachment A to the Order Of Referral And Order Regarding Court Practices And Procedures

[ECF No. 6] and have inserted the specific days, months and years for each listed deadline that applies to the parties' case management plan.

Dated: January 6, 2020

## SERVICE LIST

*Ibaldo Arencibia*

Eduardo A. Maura
Florida Bar No. 91303
Luis F. Quesada
Florida Bar No. 1010305
**Ayala Law P.A.**
1390 Brickell Avenue, 335
Miami, FL 33131
Phone: 305-570-2208
Facsimile: 305-503-7206
eayala@ayalalawpa.com

Felipe Fulgencio
Florida Bar No. 95961
**Fulgencio Law, P.L.L.C.**
105 S Edison Ave
Tampa, FL 33606
Phone: 813-463-0123
felipe@fulgenciolaw.com

Jorge Garcia-Menocal
Florida Bar No. 17990
**Garcia-Menocal Irias & Pastori LLP**
368 Minorca Ave.
Coral Gables, FL 33134
Phone: 305-400-9652
jgm@gmilaw.com.

*American Airlines*

Humberto H. Ocariz
Florida Bar No. 740860
**Shook, Hardy & Bacon, L.L.P.**
Miami Center, Suite 3200
Miami, FL 33131
Phone: 305-358-5171
Facsimile: 305-358-7470
hocariz@shb.com

James E. Brandt (PHV)
James.brandt@lw.com
Michael E. Bern (PHV)
Michael.bern@lw.com
**Latham & Watkins, LLP**
885 Third Avenue
NY, NY 10022-4834
Telephone: 212-906-1200
Facsimile: 212-751-4864

*Allianz & Jefferson*

Lazaro Fernandez, Jr.
Florida Bar No. 716545
lfernandez@stackfernandez.com
Brian J. Stack
Florida Bar No. 0476234
bstack@stackfernandez.com
**Stack Fernandez & Harris, P.A.**
1001 Brickell Bay Drive
Suite 2650
Miami, FL 33131
Phone: 305-371-0001

By: */s/Eduardo A. Maura*
    Eduardo A. Maura