UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-cv-24300-MGC

IBALDO ARENCIBIA,

    Plaintiff,

vs.

AGA SERVICE COMPANY d/b/a
ALLIANZ GLOBAL ASSISTANCE, a
Foreign For-Profit Corporation; AMERICAN
AIRLINES, INC., a Foreign For-Profit
Corporation; and JEFFERSON INSURANCE
COMPANY, a Foreign For-Profit
Corporation,

    Defendants.
_____/

## DEFENDANT, AMERICAN AIRLINES, INC.'S NOTICE OF STRIKING DOCKET ENTRY NO. 44

Defendant, AMERICAN AIRLINES, INC., hereby gives notice of striking the Joint Stipulation for Substitution of Counsel, Docket Entry No. 44.  The Joint Stipulation for Substitution of Counsel was inadvertently filed in the wrong case.

Dated:  January 14, 2020

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida  33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717
*Attorneys for Defendant, American Airlines, Inc.*

By:  */s/ Humberto H. Ocariz*
     HUMBERTO H. OCARIZ
     Florida Bar No.: 740860
     Email: ocarizb@gtlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of January, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            */s/ Humberto H. Ocariz*
                                            HUMBERTO H. OCARIZ