UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-24300-Civ-COOKE/GOODMAN

IBALDO ARENCIBIA,

      Plaintiff,

vs.

AGA SERVICE COMPANY, *et al.*,

      Defendants.

_____/

## ORDER

**THIS MATTER** comes before me on Defendant American Airlines, Inc.'s Motion to Sever and Transfer Allegations Against American Airlines, Inc. (the "Motion"). ECF No. 33. I have reviewed Defendant's Motion, the record, the relevant legal authorities, and the arguments made by the parties at the Motion Hearing on August 5, 2020.

For the reasons stated at the Motion Hearing, it is hereby **ORDERED and ADJUDGED** that Defendants' Motion is **GRANTED** *in part* and **DENIED** *in part* as follows:

1. This matter shall be transferred to the Northern District of Texas in its entirety.
2. The Court makes no rulings on the pending Motions to Dismiss.

**DONE and ORDERED** in chambers at Miami, Florida, this 5th day of August 2020.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*