```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                         CASE NO. 19-CV-24300-MGC
 3
    IBALDO ARENCIBIA,
 4                                        Miami, Florida
                  Plaintiff(s),
 5                                        August 5, 2020
              vs.
 6
    AGA SERVICE COMPANY
 7  and AMERICAN AIRLINES, INC.,
 8
                    Defendant(s).        Pages 1 - 32
 9  ------------------------------------------------------------
10           MOTION HEARING VIA ZOOM VIDEOCONFERENCE
              BEFORE THE HONORABLE MARCIA G. COOKE
11                 UNITED STATES DISTRICT JUDGE
12  APPEARANCES:
13  FOR THE PLAINTIFF(S):  EDUARDO AYALA MAURA
                           Ayala Law, P.A.
14                         1390 Brickell Avenue
                           Suite 335
15                         Miami, FL 33131
                           eayala@ayalalawpa.com
16
                           FELIPE FULGENCIO
17                         Fulgencio Law, PLLC
                           105 S. Edison Avenue
18                         Tampa, FL 33606
                           felipe@fulgenciolaw.com
19
20  FOR THE DEFENDANT(S):  LAZARO FERNANDEZ, JR.
    AGA Service Company    BRIAN STACK
21                         Stack, Fernandez & Harris, P.A.
                           1001 Brickell Bay Drive
22                         Suite 2650
                           Miami, FL 33131
23                         lfernandez@stackfernandez.com
                           bstack@stackfernandez.com
24

25
```

```
 1   FOR THE DEFENDANT(S):   JAMES E. BRANDT
     American Airlines       Latham & Watkins LLP
 2                           885 Third Avenue
                             Suite 1000
 3                           New York, NY 10022
                             james.brandt@lw.com
 4

 5                           HUMBERTO H. OCARIZ
                             Greenberg Traurig, P.A.
 6                           333 SE 2nd Avenue
                             Suite 4400
 7                           Miami, FL 33131
                             ocarizb@gtlaw.com
 8

 9   REPORTED BY:            Jill M. Wells, RPR, CRR, CSR
                             Official Court Reporter
                             400 N. Miami Avenue, Suite 08S27
10                           Miami, Florida 33128
                             jill_wells@flsd.uscourts.gov
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  (Case called to order of the court at 2:33 p.m.)

2      THE COURT:  We are on the record in Arencibia v. AGA

3  Service Company.

4      Appearing on behalf of the plaintiff.

5      MR. AYALA MAURA:  Eduardo Ayala Maura, for the

6  plaintiff, your Honor.

7      MR. FULGENCIO:  Felipe Fulgencio, your Honor, as

8  co-counsel with Mr. Ayala.

9      THE COURT:  Can you say your name a little slower,

10  please, sir?

11      MR. FULGENCIO:  My apologies, your Honor.  Felipe

12  Fulgencio.

13      THE COURT:  Everyone remember, even though we are not

14  in court, we still have a court reporter that's taking down

15  everything that we are saying.

16      And appearing on behalf of AGA Service Company?

17      MR. FERNANDEZ:  My name is Larry Fernandez, and --

18      THE COURT:  You went mute, sir.  You said you were

19  Larry Fernandez?

20      MR. FERNANDEZ:  Yes, Larry Fernandez, and I am here

21  with my partner, Brian Stack.

22      THE COURT:  You are appearing on behalf of AGA Service

23  Company?

24      MR. FERNANDEZ:  That's right, your Honor, and

25  Jefferson Insurance Company, the defendants.

```
1            THE COURT:  And do we have defendant American

2   Airlines?

3            MR. BRANDT:  This is James Brandt of Latham & Watkins,

4   and I am on the phone with my colleague Berto Ocariz from the

5   Greenberg Traurig firm.

6            MR. OCARIZ:  Good afternoon, your Honor.

7            THE COURT:  So I am going to start with Docket Entry

8   Number 26.  That's AGA Service Company and Jefferson Insurance

9   Company's motion to dismiss.

10           You know, why don't I do this backwards.  I am going

11   to go to Docket Entry Number 33.  That's defendant American

12   Airlines' motion to sever and transfer.

13           The reason why I am doing it a little bit backwards is

14   that if this case is going to be transferred to another

15   jurisdiction, maybe that judge should deal with the motion to

16   dismiss.  So why don't I go backwards.  And I will start

17   with -- which counsel is going to discuss the motion to sever

18   and transfer first?

19           MR. BRANDT:  I will, your Honor.  This is James

20   Brandt.

21           THE COURT:  Counsel, you may proceed.

22           MR. BRANDT:  Okay.  Let me just say two things,

23   though, your Honor, before I start on the merits.

24           The first is, I wanted to just say I know the court

25   moved the hearing because I had a previously scheduled hearing,
```

1    and I wanted to say that I appreciate it, the court's

2    indulgence to my schedule.  And more important than that, I

3    hope everybody on this phone your families are safe, you are

4    someplace where everything is okay with you.  I know it's a

5    tense time for everyone.

6         Let me talk about the motion, your Honor, and I have

7    really just a few things to say about it.  We briefed it at

8    some length.  But as the court knows from the papers, four days

9    before buying his ticket Plaintiff Arencibia joined the

10   American Advantage Program, which is our frequent flyer

11   program.

12        He admittedly clicked the box indicating his agreement

13   to the Advantage terms and conditions.  That admission is at

14   page 2 of his brief.

15        And when he bought his ticket, he was logged in as a

16   member of the program.

17        The terms and conditions that he agreed to by clicking

18   that box that acknowledges his agreement specifically warned,

19   on the first page, Advantage members to read the terms and

20   conditions, because they were required in order to understand

21   your rights, responsibilities, and status.

22        One of those terms and conditions, your Honor, was his

23   agreement to American's site usage policy.  And I just want to

24   be clear.  That agreement -- we, by the way, attached these

25   documents to the declaration of Maria Fonseco, which is

1    attached to our motion to sever and transfer.  That agreement

2    to the site usage policy is not buried behind some hyperlink.

3    It's right on the face of the policy itself.  It says "I agree

4    to the terms and conditions" and the site usage policy.

5            Immediately below the agreement to the site usage

6    policy is a blue hyperlink entitled legal information, which if

7    you click on it, takes you to the site usage policy with the

8    forum selection and the choice of law provision, the choice of

9    law being Texas law.

10           Now, at the time that we briefed this we absolutely

11   believed that the forum selection clause and the choice of law

12   clause were binding.

13           In the interim, since we briefed it on February 10th

14   of this year, Judge Martinez, in the Southern District, was

15   presented with precisely this forum selection clause, choice of

16   law clause, and the exact same organization.  You click I agree

17   to the terms and conditions.

18           One of the terms and conditions is agreement to a site

19   usage policy.  You click the hyperlink right below it.  It

20   takes you to the site usage policy.  The site usage policy

21   includes a choice of forum and a choice of law provision.

22           And he enforced it two years into a litigation against

23   the plaintiff in that case, Plaintiff Zamber, and transferred

24   that case to the Northern District of Florida [sic] where

25   Plaintiff Arencibia's case against us belongs.

1              That decision was dated --

2              THE COURT:  Northern District of Florida or Northern

3    District of Texas?

4              MR. BRANDT:  Northern District of Texas.  And I saw --

5    with this grid here Bert was wildly shaking his head.  I knew I

6    had screwed up.  I didn't know how.

7              So that got transferred to the Northern District of

8    Texas, and we -- that was a February 10th decision.  Precisely

9    the same matrix of events, and we supplied the court by our

10   notice of supplemental authority on February 12th Judge

11   Martinez's decision.  And his decision is not a surprise.  It's

12   not the first time that a forum selection clause or arbitration

13   clause that you become bound to by clicking I agree to terms

14   and conditions have been enforced.

15             We supplied you in the briefing two additional cases

16   that are also essentially right on point.  They call this

17   matrix of events hybrid clickwrap.

18             Hybrid clickwrap occurs when you click I agree to

19   terms and conditions, and the terms and conditions are

20   attached.

21             The two cases that we gave you that are pretty well

22   right on point.  One is a Southern District of New York case,

23   up in my neck of the woods.  It's a 2012 case called *Fatasia*

24   where a plaintiff's case was transferred from New York to the

25   Northern District of California.

1        He had become a member of Facebook and had clicked on

2   I agree to the materials and conditions.  One of them was a

3   forum selection clause.  His case got transferred to the

4   Northern District of California.

5        The second is a very similar case from the Middle

6   District of Florida.  That's a Judge Honeywell case.  Judge

7   Honeywell there enforced an arbitration clause but on the same

8   principle, this hybrid clickwrap principle, which is you click

9   I agree to terms and conditions.  The terms and conditions

10  aren't right on the page, but you click through the hyperlink,

11  and you find the terms and conditions.

12       Now, plaintiff says these were somehow hard to find;

13  you had to click through various screens to get it.  That's

14  really not persuasive in the year 2019.  I mean, to somebody my

15  age, I have had to figure out how to use the Internet, but in

16  the year 2019 there are many cases, including the *Fatasia* case,

17  that point out clicking a hyperlink is just like turning the

18  page.  That just indicates to the modern user of the Internet

19  turn the age, no big deal.

20       And the fact that the plaintiff apparently didn't read

21  the site usage policy is of no defense whatsoever.  We gave you

22  cases.

23       We gave you cases.  For example, like *Texas*

24  *International Profit* where the Texas court says -- remembering

25  that Texas law should govern this issue based on the choice of

1    law clause -- Texas law says you are responsible for what you

2    agree to in disregard of whether you read it or not.  So the

3    fact that he didn't read it is of absolutely no help.

4           I should say, your Honor, we also gave you the *Daily*

5    *Fantasy Sports* case, which was a 2019 District of Massachusetts

6    case, which makes the same point about hyperlinks in the year

7    2019.  You click on it just like turning the page.

8           Now, that really only leaves the question of what to

9    do about the fact that there are two defendants in this case.

10   Only one is governed by this forum selection clause.  And there

11   are a line of cases about that.

12          Now, of course that analysis starts with the

13   well-known *Atlantic Marine* case, which is a Supreme Court case,

14   that fundamentally says in disregard of the ordinary rules of

15   forum transfer, if there is an agreement to a forum selection

16   clause, that really governs unless there is some form of

17   extraordinary public interest in failing to enforce it.

18          And so the courts have dealt with these

19   multi-defendant cases pretty much all in the same way.

20          We gave you their -- the *SSAB* case, and we gave you

21   the *Valspar* case, both of which confronted this issue, because

22   they recognize that plaintiffs could try -- and I am not

23   assigning motive here -- but that plaintiffs could defeat forum

24   selection clauses by naming multiple defendants.

25          And what those cases say is, okay, fine, the right

1    result in those cases is you sever the party which is subject

2    to the forum selection clause, and you transfer that party to

3    where --

4              THE COURT:  Would that be recommended in this case?  I

5    mean, if I am looking at -- in determining whether to sever a

6    claim under Rule 21 in the Eleventh Circuit they tell the court

7    that there should be factors, whether the claims arise from the

8    same transaction or occurrence.

9              In this case they did, right?

10             MR. BRANDT:  They did.

11             THE COURT:  And whether they present some common

12   question of law or fact.  Pretty much do, don't they?

13             MR. BRANDT:  They absolutely do, your Honor.

14             THE COURT:  Whether severance would facilitate

15   settlement or judicial economy.

16             Why would you have two judges in two different

17   districts duking it out on almost the same thing?  Right?

18             MR. BRANDT:  So let me --

19             THE COURT:  And this is to either side.

20             MR. BRANDT:  So let me --

21             THE COURT:  Go ahead.

22             MR. BRANDT:  No, no, no, please.  You are the boss.

23             THE COURT:  Those are the factors that I am looking

24   at, and I am trying to see if I agree with your argument, which

25   is very strong.

1           I mean, I happen to have decided in your way before,

2    and, also, my colleague, Judge Martinez, has only recently

3    sided with the same analysis just a few weeks ago.

4           So I am now concerned if I agree with your analysis,

5    does everybody go with you?  Is this going to be a family

6    vacation, meaning is everybody getting in the same station

7    wagon going to the same place?

8           MR. BRANDT:  Okay.  So let me answer that question,

9    because you anticipated what my next point was going to be.

10   And that really was, you know, the only thing that the

11   plaintiff has said about the sever and transfer point is that

12   it's inefficient to have two similar cases going on at two

13   different places.

14          And what I wanted to say in that regard was pretty

15   simple, which is I feel quite clear for the same reason that

16   there is jurisdiction over Allianz in Florida, there is

17   jurisdiction over Allianz, or AGA Service Company in this case,

18   in Texas, and there is absolutely no reason not to send the

19   entire case there.

20          And let me make two points about that also.

21          The first is I am sure that counsel in this case is

22   quite expert for the plaintiff, but there are similarly expert

23   lawyers in Texas.

24          So if the plaintiff prefers, although we are doing

25   everything by Zoom nowadays so I don't really see that it

1  matters --

2          THE COURT:  It doesn't matter where you are.

3          MR. BRANDT:  Right.  You know, if we are lucky and we

4  get a vaccine and things go back to normal and things have to

5  go forward in Texas, it's not that many court appearances, but

6  they can certainly -- the plaintiff can certainly hire, you

7  know, Texas counsel if he feels, for efficiency, that he

8  should.

9          But second of all, your Honor -- and we didn't spend a

10  lot of time on this -- but the ordinary 1404 factors also

11  pretty strongly push for -- and this was -- Judge Martinez said

12  this in Zamber too.  Despite the fact that the plaintiff was a

13  Florida resident suing in Florida, he said, look, the witnesses

14  here are really going to either be American witnesses or

15  Allianz witnesses.  American's witnesses, their arguments,

16  their life, their everything is in the Northern District of

17  Texas.

18          So the ordinary 1404 factors -- I mean, Allianz is up

19  in Virginia.  They are not in Florida, either.  So the only

20  thing that's really in Florida is a plaintiff, who although

21  ordinarily he can pick his forum -- I get that -- pick the

22  forum here that he had contracted not to pick.

23          And so there is no special reason to leave any part of

24  this case here in Florida.  The entire thing could be

25  transferred, and that could -- I think that that would be an

1    efficient way to handle this problem.

2          But there is no basis to permit the plaintiff to sign

3    up for our frequent flyer program and its valuable benefits, or

4    at least they used to be valuable when you could fly, but

5    valuable benefits, and then to say, hey, when it comes to the

6    obligations I undertook by signing up, I prefer not to bear

7    those obligations; I prefer to sue you wherever under whatever

8    law I want, not to mention the whole raft of other obligations.

9          So that's really our argument in the way of transfer

10   and sever, your Honor.

11         THE COURT:  Thank you, Mr. Brandt.

12         Do either of the other defendants care to speak on the

13   issue of transfer before I hear from plaintiff's counsel?

14         MR. STACK:  Brian Stack on behalf of AGA and

15   Jefferson.

16         We will be guided by what the court believes it ought

17   to do in the interest of justice, either litigating the claims

18   here against AGA and Jefferson and determining whether they

19   even state a claim, or if the court believes to transfer the

20   entire action to Texas.

21         THE COURT:  And I believe that takes care of all the

22   defendants.

23         So let me hear from plaintiff now on the issue of

24   whether or not this action should be transferred to the

25   Northern District of Texas.

```
1            Counsel for the plaintiff.

2            MR. AYALA MAURA:  So with regards to the two topics,

3     one, the conveniency and the elements of transfer, and the

4     other one, based on the alleged contract entered.

5            So we personally don't see what's the convenience of

6     having two -- a Florida case transferred to Texas when American

7     Airlines, and also Allianz, particularly these talented

8     attorneys right in front of me.  They have been defending these

9     companies for a decade or so right here down in Florida.  So I

10    don't see any inconvenience.

11           And the court has said that balances of

12    inconveniences, it's not a reason enough to transfer.

13           THE COURT:  You know, we do have cases transferred for

14    inconvenient forum, Mr. Ayala, but that's not Mr. Brandt's

15    argument.

16           Mr. Brandt's argument is when your client enrolled in

17    the program, he clicked where his forum was going to be.  So

18    this isn't -- we have that line of cases, and there are factors

19    that I have to look at in terms of determining forum non

20    conveniens, but this isn't one.

21           This is like, I guess, very much akin to the cruise

22    ship industry where, you know, you sue one of our cruise

23    lines -- when I say "our," I mean many of them that sail from a

24    variety of ports from around the United States and sometimes

25    even the world -- you know, your forum is going to be here in
```

1    Miami, sometimes Seattle.  But you know that.  And that's what

2    Mr. Brandt is saying, your client knew that.

3        This is not an area of inconvenience where witnesses

4    would be better served, although here I think some of the forum

5    conveniens arguments also work in favor -- may work in favor of

6    the defendant, but he is saying the check the box.  So that's

7    what I want to know.

8        When I am looking at my own course of conduct in cases

9    I have decided, and as late as, as I said, 8 weeks ago, 10

10   weeks ago when Judge Martinez, when faced with the same forum

11   selection clause, ruled the case goes to the Northern District

12   of Texas.

13       So what would make this case different from my

14   previous -- my own analysis and then Judge Martinez's analysis?

15       MR. AYALA MAURA:  Yes, your Honor.  Thank you for that

16   question.  I am very happy to address that.

17       And to address that, we first need to say that

18   Mr. Brandt is incorrect -- is incorrect about the facts.  So

19   let's see what happened actually or what was clicked to.

20   Right?

21       So there is a four-layer system or a four-layer window

22   to reach to the forum clause that he wants to reach.

23       So, first, the consumer is presented with the I agree

24   to the AA Advantage terms and conditions.  That's click number

25   1.  When consumer clicks to click number 1, then the consumer

1   is presented with a separate page where they have to scroll

2   down all the way to a section that's called redeeming the AA

3   Advantage miles tab.

4        So, in other words, it's a 10-page document where all

5   these tabs -- and this is something that was not addressed in

6   Judge Martinez's decision or was not presented by counsel for

7   some reason -- it's not only that it is 10 pages, it is 10

8   pages that if you don't click on the tabs, you don't see.

9        Let me make it more clear, your Honor.  For example,

10  if you were to do a control search and look for "forum," you

11  won't find it unless you happen to click on this tab.  So they

12  scroll down and show you text.

13       So if they were to show you text -- I mean, of course

14  assuming a consumer wants to read that -- if they were to show

15  text, then they would possibly find this.

16       And what American Airlines did -- and I don't know why

17  they did it like that -- but what they did is they happen to

18  include a -- super important for them -- forum selection clause

19  in the section that's called redeem your miles.

20       It is extremely counterintuitive.  I don't know of any

21  reasonable consumer who would go to redeem your miles to look

22  for that section, which, by the way, takes you to step number

23  3.  You click there, and takes you to a new window.

24       The new window has a new seven-page document, and on

25  page 6 of that document, your Honor, you will find a new link,

1    a new link that is called legal information.

2              This was all submitted by counsel's affidavit, the

3    affidavit of the witness for counsel, for American.

4              So that's -- that takes you, once you click there, to

5    the 7-page site users' policy, which is what they are trying to

6    enforce.

7              So our argument is simple, your Honor, and we believe

8    Judge Martinez was not presented with this.  Judge Martinez was

9    not presented with the tab system that they have, and, number

10   2, Judge Martinez made a comparison between this hyperlink and

11   to attachment to attachment to a contract.

12             But that's imprecise because the site users' policy,

13   your Honor, it's one agreement.  The Advantage, it's another

14   agreement.

15             So what American is having this court to do is having

16   consumers to agree; when they agree to one, you agree to the

17   other.

18             It's not reasonable to say that another entire

19   agreement, which is something else, consumers are agreeing when

20   they click to the one, your Honor.

21             And it's important also to consider, your Honor, the

22   public policy factors.  I believe we are all aware that most

23   consumers, you know, are not in the world where they are

24   reading this 30-plus pages of documents, right?  And we

25   understand the state of the law is right here, and this --

1    clickwrap agreements are enforceable.

2           But what American and Allianz wants to do is take that

3    even farther.  So to enforce hyperlinks within hyperlinks --

4    and the question becomes, your Honor, what will prevent Allianz

5    or American in the same page, by the way, where there were

6    these 10 tabs, to include 20 or 30 agreements, and then

7    consumers are going to be forced to be bound by these

8    hyperlinks.

9           The law is clear that clickwrap agreements are

10   enforceable, the majority of them, and we don't dispute that.

11   We are aware of the state of the law on that.  But browser

12   agreement, browsewrap agreements, which is what this agreement

13   looks like, it's what it is.  Nobody -- no consumer has to

14   click to a site user policy.

15          In fact, your Honor, I am sure your Honor is aware

16   some companies create clickwrap agreements in a way that you

17   are able to scroll down.  So they -- the consumer scrolls down,

18   and then they click at the bottom.  This is not that type.

19          We believe, your Honor, that discovery will be able to

20   show that there is many other ways to disclose this.  I mean,

21   such an important term like a forum selection clause that could

22   potentially defeat the case by sending it to Texas where

23   Arencibia doesn't know anyone, I don't know many lawyers who

24   undertake the risk of a case of this nature against these type

25   of companies.

1           So they could have done like other companies do and

2    say, hey, but you click here, there is an arbitration clause I

3    need to be aware of.

4           So from that, to try to enforce four screens away --

5    four screens away -- four clicks away to a site users policy

6    underneath redeem miles tab, we believe that that is a stretch.

7    We believe that Judge Martinez --

8           THE COURT:  Counsel, would not the redeem miles be the

9    issue most likely to -- or how to redeem miles, or whether or

10   not your miles are redeemable, or whatever, is that not the

11   area that is most likely to cause litigation?  Isn't that

12   usually why people are suing?

13          They are suing about something usually related to

14   their miles or how they were treated by their miles or what

15   they couldn't do with their miles or they couldn't upgrade with

16   their miles, or whatever.  So is that an unreasonable place to

17   place this hyperlink?

18          MR. AYALA MAURA:  I don't know, your Honor, but I am

19   not aware of miles litigation.  I am aware of a bunch of trip

20   insurance litigation, but I really have no answer to that.  I

21   can pull the tabs from the actual exhibit in their affidavit

22   and we can see that there is all sorts of topics in this

23   section besides the redeem miles.  I mean, in our view, any of

24   those could have been.

25          And by the way, your Honor, since we are mentioning

1    this, it is important to know also that Judge Marra in a very

2    similar case which we presented to the court in the filing

3    agreed with the position that the hyperlink within a hyperlink

4    approach is too far removed to give consumers notice.  Assuming

5    there's a consumer that actually receives and checks onto this

6    language, it's not conspicuous enough to give him notice.

7            So there is -- I am aware of the Martinez and your

8    Honor's view and decisions, but there is also the Marra

9    decisions and other cases outside that not necessarily have

10   decided that the hyperlink within a hyperlink are enforceable

11   and are more akin to a browsewrap.

12           THE COURT:  Let me go back to Mr. Brandt.

13           Mr. Brandt, what is your -- would you walk me through

14   the analysis that counsel for plaintiff makes, that this isn't

15   a simple clickwrap agreement, it's almost like the Russian doll

16   equivalent of clickwrap?  Because he is saying that there is --

17   you just don't click on your clickwrap; there is something

18   underneath your clickwrap, and that he, meaning his client,

19   should not be bound, then, by going through what he says is

20   some hidden door or key that he didn't even know he -- or door

21   with a key that he didn't even know he unlocked.

22           MR. BRANDT:  Right.  Well, although I usually rely on

23   myself, although this is going to take a minute, let me just

24   tell you what Judge Martinez said about this exact topic.  And

25   the notion that Judge Martinez didn't understand precisely

1   where you find the forum selection clause is -- let me just say

2   it's not right, and his decision makes it perfectly clear it's

3   not right.  This is what he said, and he described this

4   100 percent accurately.

5          The hyperlink to the American Advantage terms and

6   conditions is conspicuously presented directly above the button

7   that a customer must click to log in.  Above that the user is

8   notified that clicking the button amounts to acceptance of

9   American's terms and conditions.

10          Plaintiff admits, as the plaintiff does here, by the

11   way, that he was told that by clicking on the log-in button he

12   was assenting to the American terms and conditions.

13          One of those terms and conditions -- I will give you

14   the page number where in our terms and conditions this is.

15   It's attached to Ms. Fonseco's affidavit.  One of the terms and

16   conditions expressly stated that, quote, "By accessing your

17   American Advantage account on AA.com you agree to the

18   American.com site usage policy."  That's the site usage policy.

19          "The site usage policy is then available through a

20   further hyperlink that appears immediately below that

21   language" -- that's true, and I am going to show you exactly

22   where it is -- "in a separate paragraph and emphasized in

23   different color texts.  It's blue.  That policy contains the

24   site selection clause."

25          And he went on to say -- and this is I think the

1    question you asked -- "Although the court can envision

2    circumstances where a user interface is layered to the point of

3    being excessively cumbersome or burdensome, the court is

4    satisfied that in this case the forum selection clause is

5    sufficiently akin to clickwrap, or the minimum, a hybrid

6    browsewrap agreement since it was conspicuous and easily

7    accessible to the plaintiff by clicking through a hyperlink

8    which is only one step removed from the terms and conditions

9    that defendant acknowledged and accepted.  Each link was

10   conspicuous and provided reasonable notice.  The site usage

11   policy is the Internet equivalent" -- and here is where he

12   disagrees with what plaintiff said -- "is the Internet

13   equivalent of a contractual addendum or annex, and the court

14   finds it to be enforceable."

15        And if you look, your Honor, at the exhibits to

16   Ms. Fonseco's affidavit, what you will see is, at page 6 of 11,

17   a clear sentence that says in the terms and conditions -- so

18   this is immediately in the terms and conditions, not hidden

19   behind nine doors -- you find immediately in the terms and

20   conditions it says:  "By accessing your AA Advantage account on

21   AA.com you agree to the AA.com site usage policy."

22        Immediately below that there is a hyperlink entitled

23   legal information in blue.  I don't know where plaintiff's

24   counsel is looking.  It's immediately below that hyperlink,

25   page 6 of 11 of the terms and conditions.  That hyperlink takes

1    you to the site usage policy which includes the forum selection

2    clause and the choice of law clause.

3           This is not like any kind of Russian doll, and Judge

4    Martinez wasn't confused at all.  And believe me, having

5    litigated for two years the plaintiff's lawyers didn't forget

6    to tell him anything.  They told him everything multiple times,

7    and he understood it and enforced it.  It was not complicated.

8    In fact, on a practical level, it is in fact not complicated.

9    All you have to do is read it like the terms and conditions

10   tell you to.

11          THE COURT:  All right.  Since I think that this motion

12   is dispositive of the other motions I am going to go to this

13   motion before.

14          I agree with plaintiff American Airlines in this case.

15   This isn't -- you know, it's very often, I think now, for

16   people to sort of make technology out to be complicated, and I

17   often analogize technology to driving.  You know, I get up

18   every morning, I go to the garage.  Well, when we were coming

19   any place every morning, back in the days of your.  You go to

20   the car, you put in the keys, and I drove it.  I didn't have to

21   know how the carburetor worked, I don't have to know how this

22   computer chip goes into another computer chip, but what I do

23   know is if I follow directions, certain things will happen.

24          And in this case, the plaintiff followed the

25   directions, and they weren't buried, they weren't invisible,

1   they weren't hidden.  If you clicked, it was right there, and I

2   think this is a classic clickwrap case in the manner in which I

3   discussed previously.

4   　　　　　But more recently, which is what we all should do, is

5   you look at the recent case law, and I think Judge Martinez

6   adequately explained in that case what is in this case, and

7   that is the forum selection clause guides us, and this case

8   should be transferred to the Northern District of Texas.

9   　　　　　The only question then is, as I said to Mr. Brandt,

10  who else gets in the station wagon and goes?  And I think

11  fortunately or unfortunately this is going to be a big family

12  trip.

13  　　　　　The allegations against everyone are the same, and

14  when you look at the factors that the court should look at --

15  when I have my notes here -- in determining whether or not to

16  sever, it's whether the claims arise from the same transaction

17  or occurrence?  Everybody was there.

18  　　　　　Whether they present some common question of law or

19  fact?  They do.

20  　　　　　Whether severance would facilitate settlement or

21  judicial economy?  Why would we be litigating in two different

22  district courts about this one thing?  That does not make

23  sense.

24  　　　　　Whether we are physically moving places or

25  electronically moving cases?  It is better for this case to be

1    kept together.  And in the modern age I don't see any prejudice

2    to either side by having all of the claims litigated together

3    in the same district court, and for that reason I am not going

4    to rule on the motions to dismiss.

5         I think they should be decided in the correct forum,

6    the Northern District of Texas.  So I am not making any

7    determination on those.

8         So for the record, plaintiff's Docket Entry Number 33

9    is granted, the motion to sever is denied.  Order to enter.

10         Thank you very much, counsel.  Be safe, stay healthy.

11         That concludes today's calendar.

12         (Proceedings adjourned at 3:11 p.m.)

13                        C E R T I F I C A T E

14

15     I hereby certify that the foregoing is an accurate

16    transcription of the proceedings in the above-entitled matter.

17    This hearing occurred during the COVID-19 pandemic and is

18    therefore subject to the technological limitations of reporting

19    remotely.

20    September 8, 2020        /s/ Jill M. Wells
                               Jill M. Wells, RPR, CRR, CSR
21                             Official Court Reporter
                               400 N. Miami Avenue
22                             Miami, Florida 33128
                               jill_wells@flsd.uscourts.gov
23

24

25

A

MR. AYALA MAURA: [4]  3/5 14/2 15/15 19/18
MR. BRANDT: [12]  4/3 4/19 4/22 7/4 10/10 10/13 10/18 10/20 10/22 11/8 12/3 20/22
MR. FERNANDEZ: [3]  3/17 3/20 3/24
MR. FULGENCIO: [1]  3/11
MR. OCARIZ: [1]  4/6
MR. STACK: [1]  13/14
THE COURT: [22]  3/2 3/9 3/13 3/18 3/22 4/1 4/7 4/21 7/2 10/4 10/11 10/14 10/19 10/21 10/23 12/2 13/11 13/21 14/13 19/8 20/12 23/11

/

/s [1]  25/20

0

08S27 [1]  2/9

1

10 [4]  15/9 16/7 16/7 18/6
10-page [1]  16/4
100 percent [1]  21/4
1000 [1]  2/2
1001 [1]  1/21
10022 [1]  2/3
105 [1]  1/17
10th [2]  6/13 7/8
11 [2]  22/16 22/25
12th [1]  7/10
1390 [1]  1/14
1404 [2]  12/10 12/18
19 [1]  25/17
19-CV-24300-MGC [1]  1/2

2

20 [1]  18/6
2012 [1]  7/23
2019 [4]  8/14 8/16 9/5 9/7
2020 [2]  1/5 25/20
21 [1]  10/6
26 [1]  4/8
2650 [1]  1/22
2:33 [1]  3/1
2nd [1]  2/6

3

30 [1]  18/6
30-plus [1]  17/24
32 [1]  1/8
33 [2]  4/11 25/8
33128 [2]  2/10 25/22
33131 [1]  1/15 1/22 2/7
333 [1]  2/6
335 [1]  1/14
33606 [1]  1/18
3:11 [1]  25/12

4

400 [2]  2/9 25/21
4400 [1]  2/6

7

7-page [1]  17/5

8

885 [1]  2/2

A

AA [3]  15/24 16/2 22/20
AA.com [3]  21/17 22/21 22/21
able [2]  18/17 18/19
about [11]  5/6 5/7 9/6 9/9 9/11 11/11 11/20 15/18 19/13 20/24 24/22
above [3]  21/6 21/7 25/16
above-entitled [1]  25/16
absolutely [4]  6/10 9/3 10/13 11/18
acceptance [1]  21/8
accepted [1]  22/9
accessible [1]  22/7
accessing [2]  21/16 22/20
account [2]  21/17 22/20
accurate [1]  25/15
accurately [1]  21/4
acknowledged [1]  22/9
acknowledges [1]  5/18
action [2]  13/20 13/24
actual [1]  19/21
actually [2]  15/19 20/5
addendum [1]  22/13
additional [1]  7/15
address [2]  15/16 15/17
addressed [1]  16/5
adequately [1]  24/6
adjourned [1]  25/12
admission [1]  5/13
admits [1]  21/10
admittedly [1]  5/12
Advantage [9]  5/10 5/13 5/19 15/24 16/3 17/13 21/5 21/17 22/20
affidavit [5]  17/2 17/3 19/21 21/15 22/16
afternoon [1]  4/6
AGA [9]  1/6 1/20 3/2 3/16 3/22 4/8 11/7 13/14 13/18
against [5]  6/22 6/25 13/18 18/24 24/13
age [3]  8/15 8/19 25/1
ago [3]  11/3 15/9 15/10
agree [16]  6/3 6/16 7/13 7/18 8/2 8/9 9/2 10/24 11/4 15/23 17/16 17/16 17/16 21/17 22/21 23/14
agreed [2]  5/17 20/3
agreeing [1]  17/19
agreement [15]  5/12 5/18 5/23 5/24 6/1 6/5 6/18 9/15 17/13 17/14 17/19 18/12 18/12 20/15 22/6
agreements [5]  18/1 18/6 18/9 18/12 18/16
ahead [1]  10/21
AIRLINES [6]  1/7 2/1 4/2 14/7 16/16 23/14
Airlines' [1]  4/12
akin [3]  14/21 20/11 22/5
all [13]  9/19 12/9 13/21 16/2 16/4 17/2 17/22 19/22 23/4 23/9 23/11 24/4 25/2
allegations [1]  24/13
alleged [1]  14/4
Allianz [7]  11/16 11/17 12/15 12/18 14/7 18/2 18/4
almost [2]  10/17 20/15
also [10]  7/16 9/4 11/2 11/20 12/10 14/7 15/5 17/21 20/1 20/8
although [6]  11/24 12/20 15/4 20/22 20/23 22/1
am [21]  3/20 4/4 4/7 4/10 4/13 9/22 10/5 10/23 10/24 11/4 11/21 15/8 15/16 18/15 19/18 19/19 20/7 21/21 23/12 25/3 25/6
AMERICAN [16]  1/7 2/1 4/1 4/11 5/10

12/11 14/6 16/16 17/3 17/15 18/2 18/5 21/3 21/12 21/17 23/14
American's [3]  5/23 12/15 21/9
American.com [1]  21/18
amounts [1]  21/8
analogize [1]  23/17
analysis [6]  9/12 11/3 11/4 15/14 15/14 20/14
annex [1]  22/13
another [4]  4/14 17/13 17/18 23/22
answer [2]  11/8 19/20
anticipated [1]  11/9
any [8]  12/23 14/10 16/20 19/23 23/3 23/19 25/1 25/6
anyone [1]  18/23
anything [1]  23/6
apologies [1]  3/11
apparently [1]  8/20
appearances [2]  1/12 12/5
appearing [3]  3/4 3/16 3/22
appears [1]  21/20
appreciate [1]  5/1
approach [1]  20/4
arbitration [3]  7/12 8/7 19/2
are [40]
area [2]  15/3 19/11
aren't [1]  8/10
ARENCIBIA [4]  1/3 3/2 5/9 18/23
Arencibia's [1]  6/25
argument [5]  10/24 13/9 14/15 14/16 17/7
arguments [2]  12/15 15/5
arise [2]  10/7 24/16
around [1]  14/24
as [8]  3/7 5/8 5/15 15/9 15/9 15/9 21/10 24/9
asked [1]  22/1
assenting [1]  21/12
assigning [1]  9/23
assuming [2]  16/14 20/4
Atlantic [1]  9/13
attached [4]  5/24 6/1 7/20 21/15
attachment [2]  17/11 17/11
attorneys [1]  14/8
August [1]  1/5
authority [1]  7/10
available [1]  21/19
Avenue [6]  1/14 1/17 2/2 2/6 2/9 25/21
aware [7]  17/22 18/11 18/15 19/3 19/19 19/19 20/7
away [3]  19/4 19/5 19/5
AYALA [5]  1/13 1/13 3/5 3/8 14/14
ayalalawpa.com [1]  1/15

B

back [3]  12/4 20/12 23/19
backwards [3]  4/10 4/13 4/16
balances [1]  14/11
based [2]  8/25 14/4
basis [1]  13/2
Bay [1]  1/21
be [29]
bear [1]  13/6
because [6]  4/25 5/20 9/21 11/9 17/12 20/16
become [2]  7/13 8/1
becomes [1]  18/4
been [3]  7/14 14/8 19/24
before [6]  1/10 4/23 5/9 11/1 13/13 23/13

**B**

behalf [4]  3/4 3/16 3/22 13/14
behind [2]  6/2 22/19
being [2]  6/9 22/3
believe [7]  13/21 17/7 17/22 18/19 19/6 19/7 23/4
believed [1]  6/11
believes [2]  13/16 13/19
belongs [1]  6/25
below [5]  6/5 6/19 21/20 22/22 22/24
benefits [2]  13/3 13/5
Bert [1]  7/5
Berto [1]  4/4
besides [1]  19/23
better [2]  15/4 24/25
between [1]  17/10
big [2]  8/19 24/11
binding [1]  6/12
bit [1]  4/13
blue [3]  6/6 21/23 22/23
boss [1]  10/22
both [1]  9/21
bottom [1]  18/18
bought [1]  5/15
bound [3]  7/13 18/7 20/19
box [3]  5/12 5/18 15/6
BRANDT [9]  2/1 4/3 4/20 13/11 15/2 15/18 20/12 20/13 24/9
Brandt's [2]  14/14 14/16
BRIAN [3]  1/20 3/21 13/14
Brickell [2]  1/14 1/21
brief [1]  5/14
briefed [5]  5/7 6/10 6/13
briefing [1]  7/15
browser [1]  18/11
browsewrap [3]  18/12 20/11 22/6
bstack [1]  1/23
bunch [1]  19/19
burdensome [1]  22/3
buried [2]  6/2 23/25
button [3]  21/6 21/8 21/11
buying [1]  5/9

**C**

calendar [1]  25/11
California [1]  7/25 8/4
call [1]  7/16
called [5]  3/1 7/23 16/2 16/19 17/1
can [7]  3/9 12/6 12/6 12/21 19/21 19/22 22/1
car [1]  23/20
carburetor [1]  23/21
care [2]  13/12 13/21
case [41]
cases [15]  7/15 7/21 8/16 8/22 8/23 9/11 9/19 9/25 10/1 11/12 14/13 14/18 15/8 20/9 24/25
cause [1]  19/11
certain [1]  23/23
certainly [2]  12/6 12/6
certify [1]  25/15
check [1]  15/6
checks [1]  20/5
chip [2]  23/22 23/22
choice [8]  6/8 6/8 6/11 6/15 6/21 6/21 8/25 23/2
Circuit [1]  10/6
circumstances [1]  22/2
claim [2]  10/6 13/19
claims [4]  10/7 13/17 24/16 25/2

classic [1]  24/2
clause [23]  5/11 6/12 6/15 6/16 7/12 7/13 8/3 8/7 9/1 9/10 9/16 10/2 15/11 15/22 16/18 18/21 19/2 21/1 21/24 22/4 23/2 23/2 24/7
clauses [1]  9/24
clear [6]  5/24 11/15 16/9 18/9 21/2 22/17
click [20]  6/7 6/16 6/19 7/18 8/8 8/10 8/13 9/7 15/24 15/25 16/8 16/11 16/23 17/4 17/20 18/14 18/18 19/2 20/17 21/7
clicked [5]  5/12 8/1 14/17 15/19 24/1
clicking [6]  5/17 7/13 8/17 21/8 21/11 22/7
clicks [2]  15/19 25/5
clickwrap [12]  7/17 7/18 8/8 18/1 18/9 18/16 20/15 20/16 20/17 20/18 22/5 24/2
client [3]  14/16 15/2 20/18
co [1]  3/8
co-counsel [1]  3/8
colleague [2]  4/4 11/2
color [1]  21/23
comes [1]  13/5
coming [1]  23/18
common [2]  10/11 24/18
companies [4]  14/9 18/16 18/25 19/1
COMPANY [8]  1/6 1/20 3/3 3/16 3/23 3/25 4/8 11/17
Company's [1]  4/9
comparison [1]  17/10
complicated [3]  23/7 23/8 23/16
computer [2]  23/22 23/22
concerned [1]  11/4
concludes [1]  25/11
conditions [27]
conduct [1]  15/8
confronted [1]  9/21
confused [1]  23/4
consider [1]  17/21
conspicuous [3]  20/6 22/6 22/10
conspicuously [1]  21/6
consumer [8]  15/23 15/25 15/25 16/14 16/21 18/13 18/17 20/5
consumers [5]  17/16 17/19 17/23 18/7 20/4
contains [1]  21/23
contract [2]  14/4 17/11
contracted [1]  12/22
contractual [2]  22/13
control [1]  16/10
convenience [1]  14/5
conveniency [1]  14/3
conveniens [2]  14/20 15/5
COOKE [1]  1/10
correct [1]  25/5
could [8]  9/22 9/23 12/24 12/25 13/4 18/21 19/1 19/24
couldn't [2]  19/15 19/15
counsel [13]  3/8 4/17 4/21 11/21 12/7 13/13 14/1 16/6 17/3 19/8 20/14 22/24 25/10
counsel's [1]  17/2
counterintuitive [1]  16/20
course [3]  9/12 15/8 16/13
court [23]  1/1 2/9 3/1 3/14 3/14 4/24 5/8 7/9 8/24 9/13 10/6 12/5 13/16 13/19 14/11 17/15 20/2 22/1 22/3 22/13 24/14 25/3 25/21
court's [1]  5/1
courts [2]  9/18 24/22
COVID [1]  1/11

COVID-19 [1]  25/17
create [1]  18/16
CRR [2]  2/8 25/20
cruise [2]  14/21 14/22
CSR [2]  2/8 25/20
cumbersome [1]  22/3
customer [1]  21/7
CV [1]  1/2

**D**

Daily [1]  9/4
dated [1]  7/1
days [2]  5/8 23/19
deal [2]  4/15 8/19
dealt [1]  9/18
decade [1]  14/9
decided [4]  11/1 15/9 20/10 25/5
decision [6]  7/1 7/8 7/11 7/11 16/6 21/2
decisions [2]  20/8 20/9
declaration [1]  5/25
defeat [2]  9/23 18/22
defendant [8]  1/8 1/20 2/1 4/1 4/11 9/19 15/6 22/9
defendants [5]  3/25 9/9 9/24 13/12 13/22
defending [1]  14/8
defense [1]  8/21
denied [1]  25/9
described [1]  21/3
Despite [1]  12/12
determination [1]  25/7
determining [4]  10/5 13/18 14/19 24/15
did [5]  10/9 10/10 16/16 16/17 16/17
didn't [9]  7/6 8/20 9/3 12/9 20/20 20/21 20/25 23/5 23/20
different [5]  10/16 11/13 15/13 21/23 24/21
directions [2]  23/23 23/25
directly [1]  21/6
disagrees [1]  22/12
disclose [1]  18/20
discovery [1]  18/19
discuss [1]  4/17
discussed [1]  24/3
dismiss [3]  4/9 4/16 25/4
dispositive [1]  23/12
dispute [1]  18/10
disregard [2]  13/20 13/22
district [21]  1/1 1/1 1/11 6/14 6/24 7/2 7/3 7/4 7/7 7/22 7/25 8/4 8/6 9/5 12/16 13/25 15/11 24/8 24/22 25/3 25/6
districts [1]  10/17
do [17]  4/1 4/10 9/9 10/12 10/13 13/12 13/17 14/13 16/10 17/15 18/2 19/1 19/15 23/9 23/22 24/4 24/19
Docket [3]  4/7 4/11 25/8
document [3]  16/4 16/24 16/25
documents [2]  5/25 17/24
does [3]  11/5 21/10 24/22
doesn't [2]  12/2 18/23
doing [2]  4/13 11/24
doll [2]  20/15 23/3
don't [17]  4/10 4/16 10/12 11/25 14/5 14/10 16/8 16/8 16/16 16/20 18/10 18/23 19/18 20/17 22/23 23/21 25/1
done [1]  19/1
door [2]  20/20 20/20
doors [1]  22/19
down [6]  3/14 14/9 16/2 16/12 18/17 18/17
Drive [1]  1/21

**D**

driving [1] 23/17
drove [1] 23/20
duking [1] 10/17
during [1] 25/17

**E**

Each [1] 22/9
easily [1] 22/6
eayala [1] 1/15
economy [2] 10/15 24/21
Edison [1] 1/17
EDUARDO [2] 1/13 3/5
efficiency [1] 12/7
efficient [1] 13/1
either [6] 10/19 12/14 12/19 13/12 13/17 25/2
electronically [1] 24/25
elements [1] 14/3
Eleventh [1] 10/6
else [2] 17/19 24/10
emphasized [1] 21/22
enforce [4] 9/17 17/6 18/3 19/4
enforceable [4] 18/1 18/10 20/10 22/14
enforced [4] 6/22 7/14 8/7 23/7
enough [2] 14/12 20/6
enrolled [1] 14/16
enter [1] 25/9
entered [1] 14/4
entire [4] 11/19 12/24 13/20 17/18
entitled [3] 6/6 22/22 25/16
Entry [3] 4/7 4/11 25/8
envision [1] 22/1
equivalent [3] 20/16 22/11 22/13
essentially [1] 7/16
even [6] 3/13 13/19 14/25 18/3 20/20 20/21
events [2] 7/9 7/17
every [2] 23/18 23/19
everybody [4] 5/3 11/5 11/6 24/17
everyone [3] 3/13 5/5 24/13
everything [5] 3/15 5/4 11/25 12/16 23/6
exact [2] 6/16 20/24
exactly [1] 21/21
example [2] 8/23 16/9
excessively [1] 22/3
exhibit [1] 19/21
exhibits [1] 22/15
expert [2] 11/22 11/22
explained [1] 24/6
expressly [1] 21/16
extraordinary [1] 9/17
extremely [1] 16/20

**F**

face [1] 6/3
Facebook [1] 8/1
faced [1] 15/10
facilitate [2] 10/14 24/20
fact [9] 8/20 9/3 9/9 9/11 10/12 12/12 18/15 23/8 23/8 24/19
factors [5] 10/7 10/23 12/10 12/18 14/18 17/22 24/14
facts [1] 15/18
failing [1] 9/17
families [1] 5/3
family [2] 11/5 24/11
Fantasy [1] 9/5
far [1] 20/4
farther [1] 18/3

Fatasia [2] 7/23 8/16
favor [2] 15/1 15/3
February [3] 6/13 7/8 7/10
February 10th [2] 6/13 7/8
February [1] 7/10
feel [1] 11/15
feels [1] 12/7
felipe [4] 1/16 1/18 3/7 3/11
FERNANDEZ [5] 1/20 1/21 3/17 3/19 3/20
few [2] 5/7 11/3
figure [1] 8/15
filing [1] 20/2
find [7] 8/11 8/12 16/11 16/15 16/25 21/1 22/19
finds [1] 22/14
fine [1] 9/25
firm [1] 4/5
first [7] 4/18 4/24 5/19 7/12 11/21 15/17 15/23
FL [4] 1/15 1/18 1/22 2/7
FLORIDA [15] 1/1 1/4 2/10 6/24 7/2 8/6 11/16 12/13 12/13 12/19 12/20 12/24 14/6 14/9 25/22
flsd.uscourts.gov [2] 2/10 25/22
fly [1] 13/4
flyer [2] 5/10 13/3
follow [1] 23/23
followed [1] 23/24
Fonseco [1] 5/25
Fonseco's [2] 21/15 22/16
forced [1] 18/7
foregoing [1] 25/15
forget [1] 23/5
form [1] 9/16
fortunately [1] 24/11
forum [28]
forward [1] 12/5
four [6] 5/8 15/21 15/21 19/4 19/5 19/5
four-layer [2] 15/21 15/21
frequent [2] 5/10 13/3
front [1] 14/8
FULGENCIO [5] 1/16 1/17 3/7 3/7 3/12
fulgenciolaw.com [1] 1/18
fundamentally [1] 9/14
further [1] 21/20

**G**

garage [1] 23/18
gave [6] 7/21 8/21 8/23 9/4 9/20 9/20
get [4] 8/13 12/4 12/21 23/17
gets [1] 24/10
getting [1] 11/6
give [3] 20/4 20/6 21/13
goes [3] 15/11 23/22 24/10
go [11] 4/11 4/16 10/21 11/5 12/4 12/5 16/21 20/12 23/12 23/18 23/19
going [18] 4/7 4/10 4/14 4/17 11/5 11/7 11/9 11/12 12/14 14/17 14/25 18/7 20/19 20/23 21/21 23/12 24/11 25/3
Good [1] 4/6
got [2] 7/7 8/3
govern [1] 8/25
governed [1] 9/10
governs [1] 9/16
granted [1] 25/9
Greenberg [2] 2/5 4/5
grid [1] 7/5
gtlaw.com [1] 2/7
guess [1] 14/21

guided [1] 13/16
guides [1] 24/7

**H**

had [7] 4/25 7/6 8/1 8/1 8/13 8/15 12/22
handle [1] 13/1
happen [4] 11/1 16/11 16/17 23/23
happened [1] 15/19
happy [1] 15/16
hard [1] 8/12
Harris [1] 1/21
has [5] 11/2 11/11 14/11 16/24 18/13
have [25] 3/14 4/1 5/6 7/14 8/15 9/18 10/16 11/1 11/12 12/14 14/8 14/13 14/18 14/19 15/9 16/1 17/9 19/1 19/20 19/24 20/9 23/9 23/20 23/21 24/15
having [5] 14/6 17/15 17/15 23/4 25/2
he [29]
head [1] 7/5
healthy [1] 25/10
hear [2] 13/13 13/23
hearing [4] 1/10 4/25 4/25 25/17
help [1] 9/3
here [15] 3/20 7/5 9/23 12/14 12/22 12/24 13/18 14/9 14/25 15/4 17/25 19/2 21/10 22/11 24/15
hereby [1] 25/15
hey [2] 13/5 19/2
hidden [3] 20/20 22/18 24/1
him [3] 20/6 23/6 23/6
hire [1] 12/6
his [13] 5/9 5/12 5/14 5/15 5/18 5/22 7/5 7/11 8/3 12/21 14/17 20/18 21/2
Honeywell [2] 8/6 8/7
Honor [27]
Honor's [1] 20/8
HONORABLE [1] 1/10
hope [1] 5/3
how [6] 7/6 8/15 19/9 19/14 23/21 23/21
HUMBERTO [1] 1/21
hybrid [5] 7/17 7/18 8/8 22/5
hyperlink [17] 6/2 6/6 6/19 8/10 8/17 17/10 19/17 20/3 20/3 20/10 20/10 21/5 21/20 22/7 22/22 22/24 22/25
hyperlinks [4] 9/6 18/3 18/3 18/8

**I**

IBALDO [1] 1/3
immediately [6] 6/5 21/20 22/18 22/19 22/22 22/24
important [5] 5/2 16/18 17/21 18/21 20/1
imprecise [1] 17/12
INC [1] 1/7
include [2] 16/18 18/6
includes [2] 6/21 23/1
including [1] 8/16
inconvenience [2] 14/10 15/3
inconveniences [1] 14/12
inconvenient [1] 14/14
incorrect [2] 15/18 15/18
indicates [1] 8/18
indicating [1] 5/12
indulgence [1] 5/2
industry [1] 14/22
inefficient [1] 11/12
information [3] 6/6 17/1 22/23
insurance [3] 3/25 4/8 19/20
interest [2] 9/17 13/17
interface [1] 22/2
interim [1] 6/13

International [1]  8/24
Internet [4]  8/15 8/18 22/11 22/12
invisible [1]  23/25
is [126]
isn't [5]  14/18 14/20 19/11 20/14 23/15
issue [5]  8/25 9/21 13/13 13/23 19/9
it [42]
it's [23]  5/4 6/3 7/11 7/23 11/12 12/5
14/12 16/4 16/7 17/13 17/13 17/18 17/21
18/13 20/6 20/15 21/2 21/2 21/15 21/23
22/24 23/15 24/16
its [1]  13/3
itself [1]  6/3

**J**

JAMES [3]  2/1 4/3 4/19
james.brandt [1]  2/3
Jefferson [4]  3/5 4/8 13/15 13/18
jill [5]  2/8 2/10 25/20 25/20 25/22
joined [1]  5/9
JR [1]  1/20
judge [20]  1/11 4/15 6/14 7/10 8/6 8/6
11/2 12/11 15/10 15/14 16/6 16/7 17/18
17/10 19/7 20/1 20/24 20/25 23/3 24/5
judges [1]  10/16
judicial [2]  10/15 24/21
jurisdiction [3]  4/15 11/16 11/17
just [11]  4/22 4/24 5/7 5/23 8/17 8/18 9/7
11/3 20/17 20/23 21/1
justice [1]  13/17

**K**

kept [1]  25/1
key [2]  20/20 20/21
keys [1]  23/20
kind [1]  23/3
knew [2]  7/5 15/2
know [27]
known [1]  9/13
knows [1]  5/8

**L**

language [2]  20/6 21/21
Larry [3]  3/17 3/19 3/20
late [1]  15/9
Latham [2]  2/1 4/3
law [19]  1/13 1/17 6/8 6/9 6/9 6/11 6/16
6/21 8/25 9/1 9/1 10/12 13/8 17/25 18/9
18/11 23/2 24/5 24/18
lawyers [3]  11/23 18/23 23/5
layer [2]  15/21 15/21
layered [1]  22/2
LAZARO [1]  1/20
least [1]  13/4
leave [1]  12/23
leaves [1]  9/8
legal [3]  6/6 17/1 22/23
length [1]  5/8
let [11]  4/22 5/6 10/18 10/20 11/8 11/20
13/23 16/9 20/12 20/23 21/1
let's [1]  15/19
level [1]  23/8
lfernandez [1]  1/23
life [1]  12/16
like [11]  8/17 8/23 9/7 14/21 16/17 18/13
18/21 19/1 20/15 23/15 23/3 23/9
likely [2]  19/9 19/11
limitations [1]  25/18
line [2]  9/11 14/18

lines [1]  14/23
link [3]  8/25 17/1 22/9
litigated [2]  23/5 25/2
litigating [2]  13/17 24/21
litigation [4]  6/22 19/11 19/19 19/20
little [2]  3/9 4/13
LLP [1]  2/1
log [2]  21/7 21/11
log-in [1]  21/11
logged [1]  5/15
look [8]  12/13 14/19 16/10 16/21 22/15
24/5 24/14 24/14
looking [4]  10/5 10/23 15/8 22/24
looks [1]  18/13
lot [1]  12/10
lucky [1]  12/3
lw.com [1]  2/3

**M**

made [1]  17/10
majority [1]  18/10
make [5]  11/20 15/13 16/9 23/16 24/22
makes [3]  9/6 20/14 21/2
making [1]  25/6
manner [1]  24/2
many [5]  8/16 12/5 14/23 18/20 18/23
MARCIA [1]  1/10
Maria [1]  5/25
Marine [1]  9/13
Marra [2]  20/1 20/8
Martinez [13]  6/14 11/2 12/11 15/10 17/8
17/8 17/10 19/7 20/7 20/24 20/25 23/4
24/5
Martinez's [3]  7/11 15/14 16/6
Massachusetts [1]  9/5
materials [1]  8/2
matrix [2]  7/9 7/17
matter [2]  12/2 25/16
matters [1]  12/1
MAURA [2]  1/13 3/5
may [4]  4/21 15/5
maybe [1]  4/15
me [14]  4/22 5/6 10/18 10/20 11/8 11/20
13/23 14/8 16/9 20/12 20/13 20/23 21/1
23/4
mean [8]  8/14 10/5 11/1 12/18 14/23
16/13 18/20 19/23
meaning [1]  11/6 20/18
member [2]  5/16 8/1
members [1]  5/19
mention [1]  13/8
mentioning [1]  19/25
merits [1]  4/23
MGC [1]  1/2
Miami [9]  1/4 1/15 1/22 2/7 2/9 2/10 15/1
25/21 25/22
Middle [1]  8/5
miles [13]  16/3 16/19 16/21 19/6 19/8
19/9 19/10 19/14 19/14 19/15 19/16
19/19 19/23
minimum [1]  22/5
minute [1]  20/23
modern [2]  8/18 25/1
more [4]  5/2 16/9 20/11 24/4
morning [2]  23/18 23/19
most [3]  17/22 19/9 19/11
motion [10]  1/10 4/9 4/12 4/15 4/17 5/6
6/1 23/11 23/13 25/9
motions [2]  23/12 25/4
motive [1]  9/23

moved [1]  4/25
moving [2]  24/24 24/25
MR [2]  3/7 3/8
Mr. [9]  13/11 14/14 14/14 14/16 15/2
15/18 20/12 20/13 24/9
Mr. Ayala [1]  14/14
Mr. Brandt [6]  13/11 15/2 15/18 20/12
20/13 24/9
Mr. Brandt's [2]  14/14 14/16
Ms. [2]  21/15 22/16
Ms. Fonseco's [2]  21/15 22/16
much [4]  9/19 10/12 14/21 25/10
multi [1]  9/19
multi-defendant [1]  9/19
multiple [2]  9/24 23/6
must [1]  21/7
mute [1]  3/18
my [13]  3/11 3/17 3/21 4/4 5/2 7/23 8/14
11/2 11/9 15/8 15/13 15/14 24/15
myself [1]  20/23

**N**

name [2]  3/9 3/17
naming [1]  9/24
nature [1]  18/24
necessarily [1]  20/9
neck [1]  7/23
need [2]  15/17 19/3
new [8]  2/3 7/22 7/24 16/23 16/24 16/24
16/25 17/1
next [1]  11/9
nine [1]  22/19
no [12]  1/2 8/19 8/21 9/3 10/22 10/22
10/22 11/18 12/23 13/2 18/13 19/20
Nobody [1]  18/13
non [1]  14/19
normal [1]  12/4
Northern [12]  6/24 7/2 7/2 7/4 7/7 7/25
8/4 12/16 13/25 15/11 24/8 25/6
not [42]
notes [1]  24/15
notice [4]  7/10 20/4 20/6 22/10
notified [1]  21/8
notion [1]  20/25
now [7]  6/10 8/12 9/8 9/12 11/4 13/23
23/15
nowadays [1]  11/25
number [8]  4/8 4/11 15/24 15/25 16/22
17/9 21/14 25/8
NY [1]  2/3

**O**

obligations [3]  13/6 13/7 13/8
OCARIZ [2]  2/5 4/4
ocarizb [1]  2/7
occurred [1]  25/17
occurrence [2]  10/8 24/17
occurs [1]  7/18
Official [2]  2/9 25/21
often [2]  23/15 23/17
okay [4]  4/22 5/4 9/25 11/8
once [1]  17/4
one [16]  5/22 6/18 7/22 8/2 9/10 14/3
14/4 14/20 14/22 17/13 17/16 17/20
21/13 21/15 22/8 24/22
only [8]  9/8 9/10 11/2 11/10 12/19 16/7
22/8 24/9
order [3]  3/1 5/20 25/9
ordinarily [1]  12/21
ordinary [3]  9/12 14/12 10/12 12/18

**Q**

organization [1]  6/16
other [9]  13/8 13/12 14/4 16/4 17/17
18/20 19/1 20/9 23/12
ought [1]  13/16
our [10]  5/10 6/1 7/9 13/3 13/9 14/22
14/23 17/7 19/23 21/14
out [4]  8/15 8/17 10/17 23/16
outside [1]  20/9
over [2]  11/16 11/17
own [2]  15/8 15/14

**P**

P.A [3]  1/13 1/21 2/5
p.m [2]  3/1 25/12
page [14]  5/14 5/19 8/10 8/18 9/7 16/1
16/4 16/24 16/25 17/5 18/5 21/14 22/16
22/25
pages [4]  1/8 16/7 16/8 17/24
pandemic [1]  25/17
papers [1]  5/8
paragraph [1]  21/22
part [1]  12/23
particularly [1]  14/7
partner [1]  3/21
party [2]  10/1 10/2
people [2]  19/12 23/16
percent [1]  21/4
perfectly [1]  21/2
permit [1]  13/2
personally [1]  14/5
persuasive [1]  8/14
phone [2]  4/4 5/3
physically [1]  24/24
pick [3]  12/21 12/21 12/22
place [4]  11/7 19/16 19/17 23/19
places [2]  11/13 24/24
plaintiff [26]
plaintiff's [5]  7/24 13/13 22/23 23/5 25/8
plaintiffs [2]  9/22 9/23
please [2]  3/10 10/22
PLLC [1]  1/17
plus [1]  17/24
point [7]  7/16 7/22 8/17 9/6 11/9 11/11
22/2
points [1]  11/20
policy [22]  5/23 6/2 6/3 6/4 6/6 6/7 6/9
6/20 6/20 8/21 17/5 17/12 17/22 18/14
19/5 21/18 21/18 21/19 21/23 22/11
22/21 23/1
ports [1]  14/24
position [1]  20/3
possibly [1]  16/15
potentially [1]  18/22
practical [1]  23/8
precisely [3]  6/15 7/8 20/25
prefer [2]  13/6 13/7
prefers [1]  11/24
prejudice [1]  25/1
present [2]  10/11 24/18
presented [8]  6/15 15/23 16/1 16/6 17/8
17/9 20/2 21/6
pretty [5]  7/21 9/19 10/12 11/14 12/11
prevent [1]  18/4
previous [1]  15/14
previously [2]  4/25 24/3
principle [2]  8/8 8/8
problem [1]  13/1
proceed [1]  4/21
proceedings [2]  25/12 25/16

Profit [1]  8/24
program [5]  5/16 5/17 9/16 13/3 14/17
provided [1]  22/10
provision [2]  6/8 6/21
public [2]  9/17 17/22
pull [1]  19/21
push [1]  12/11
put [1]  23/20

**Q**

question [8]  9/8 10/12 11/8 15/16 18/4
22/1 24/9 24/18
quite [2]  11/15 11/22
quote [1]  21/16

**R**

raft [1]  13/8
reach [2]  15/22 15/22
read [6]  5/19 8/20 9/2 9/3 16/14 23/9
reading [1]  17/24
really [10]  5/7 8/14 9/8 9/16 11/10 11/25
12/14 12/20 13/9 19/20
reason [7]  4/13 11/15 11/18 12/23 14/12
16/7 25/3
reasonable [3]  16/21 17/18 22/10
receives [1]  20/5
recent [1]  24/5
recently [1]  11/2 24/4
recognize [1]  9/22
recommended [1]  10/4
record [2]  3/2 25/8
redeem [6]  16/19 16/21 19/6 19/8 19/9
19/23
redeemable [1]  19/10
redeeming [1]  16/2
regard [1]  11/14
regards [1]  14/2
related [1]  19/13
rely [1]  20/22
remember [1]  3/13
remembering [1]  8/24
remotely [1]  25/19
removed [2]  20/4 22/8
REPORTED [1]  2/8
reporter [3]  2/9 3/14 25/21
reporting [1]  25/18
required [1]  5/20
resident [1]  12/13
responsibilities [1]  5/21
responsible [1]  9/1
result [1]  10/1
right [20]  3/24 6/3 6/19 7/16 7/22 8/10
9/25 10/9 10/17 12/3 14/8 14/9 15/20
17/24 17/25 20/22 21/2 21/3 23/11 24/1
rights [1]  5/21
risk [1]  18/24
RPR [2]  2/8 25/20
rule [2]  10/6 25/4
ruled [1]  15/11
rules [1]  9/14
Russian [1]  20/15 23/3

**S**

safe [2]  5/3 25/10
said [10]  3/18 11/11 12/11 12/13 14/11
15/9 20/24 21/3 22/12 24/9
sail [1]  14/23
same [16]  6/16 7/9 8/7 9/6 9/19 10/8
10/17 11/3 11/6 11/7 11/15 15/10 18/5
13/24 16/25 18/5

satisfied [1]  22/4
saw [1]  10/4
say [15]  3/9 4/22 4/24 5/1 5/7 9/4 9/25
11/14 13/5 14/23 15/17 17/18 19/2 21/1
21/25
saying [4]  3/15 15/2 15/6 20/16
says [8]  6/3 8/12 8/24 9/1 9/14 20/19
22/17 22/20
schedule [1]  5/2
scheduled [1]  4/25
screens [3]  8/13 19/4 19/5
screwed [1]  7/6
scroll [3]  16/1 16/12 18/17
scrolls [1]  18/17
SE [1]  2/6
search [1]  16/10
Seattle [1]  15/1
second [2]  8/5 12/9
section [4]  16/2 16/19 16/22 19/23
see [9]  10/24 11/25 14/5 14/10 15/19
16/8 19/22 22/16 25/1
selection [17]  6/8 6/11 6/15 7/12 8/3
9/10 9/15 9/24 10/2 15/11 16/18 18/21
21/1 21/24 22/4 23/1 24/7
send [1]  11/18
sending [1]  18/22
sense [1]  24/23
sentence [1]  22/17
separate [2]  16/1 21/22
September [1]  25/20
served [1]  15/4
SERVICE [7]  1/6 1/20 3/3 3/16 3/22 4/8
11/17
settlement [2]  10/15 24/20
seven [1]  16/24
seven-page [1]  16/24
sever [9]  4/12 4/17 6/1 10/1 10/5 11/11
13/10 24/16 25/9
severance [2]  10/14 24/20
shaking [1]  7/5
ship [1]  14/22
should [11]  4/15 8/25 9/4 10/7 12/8
13/24 20/19 24/4 24/8 24/14 25/5
show [5]  16/12 16/13 16/14 18/20 21/21
sic [1]  6/24
side [2]  10/19 25/2
sided [1]  11/3
sign [1]  13/2
signing [1]  13/6
similar [3]  8/5 11/12 20/2
similarly [1]  11/22
simple [3]  11/15 17/7 20/15
since [4]  6/13 19/25 22/6 23/11
sir [2]  3/10 3/18
site [20]  5/23 6/2 6/4 6/5 6/7 6/18 6/20
6/20 8/21 17/5 17/12 18/14 19/5 21/18
21/18 21/19 21/24 22/10 22/21 23/1
slower [1]  3/9
so [41]
some [9]  5/8 6/2 9/16 10/11 15/4 16/7
18/16 20/20 24/18
somebody [1]  8/14
somehow [1]  8/12
someplace [1]  5/4
something [4]  16/5 17/19 19/13 20/17
sometimes [2]  14/24 15/1
sort [1]  23/16
sorts [1]  19/22
SOUTHERN [3]  1/1 6/14 7/22
speak [1]  13/12

**S**

special [1]  12/23
specifically [1]  5/18
spend [1]  12/9
Sports [1]  9/5
SSAB [1]  9/20
STACK [4]  1/20 1/21 3/21 13/14
stackfernandez.com [1]  1/23 1/23
start [3]  4/7 4/16 4/23
starts [1]  9/12
state [3]  13/19 17/25 18/11
stated [1]  21/16
STATES [3]  1/1 1/11 14/24
station [2]  11/6 24/10
status [1]  5/7
stay [1]  25/10
step [2]  16/22 22/8
still [1]  3/14
stretch [1]  19/6
strong [1]  10/25
strongly [1]  12/11
subject [2]  10/1 25/18
submitted [1]  17/2
such [1]  18/21
sue [2]  13/7 14/22
sufficiently [1]  22/5
suing [3]  12/13 19/12 19/13
Suite [5]  1/14 1/22 2/2 2/6 2/9
super [1]  16/18
supplemental [1]  7/10
supplied [2]  7/9 7/15
Supreme [1]  9/13
sure [2]  11/21 18/15
surprise [1]  7/11
system [2]  15/21 17/9

**T**

tab [4]  16/3 16/11 17/9 19/6
tabs [4]  16/5 16/8 18/6 19/21
take [2]  18/2 20/23
takes [7]  6/7 6/20 13/21 16/22 16/23
17/4 22/25
taking [1]  3/14
talented [1]  14/7
talk [1]  5/6
Tampa [1]  1/18
technological [1]  25/18
technology [2]  23/16 23/17
tell [4]  10/6 20/24 23/6 23/10
tense [1]  5/5
term [1]  18/21
terms [27]
Texas [20]  6/9 7/3 7/4 7/8 8/23 8/24 8/25
9/1 11/18 11/23 12/5 12/7 12/17 13/20
13/25 14/6 15/12 18/22 24/8 25/6
text [3]  16/12 16/13 16/15
texts [1]  21/23
than [1]  5/2
Thank [3]  13/11 15/15 25/10
that [135]
that's [18]  3/14 3/24 4/8 4/11 8/6 8/13
12/20 13/9 14/14 15/1 15/6 15/24 16/2
16/19 17/4 17/12 21/18 21/21
their [9]  9/20 12/15 12/16 12/16 19/14
19/14 19/15 19/16 19/21
them [4]  8/2 14/23 16/18 18/10
then [9]  13/5 15/14 15/25 16/15 18/6
18/18 20/19 21/19 24/9
there [29]
there's [1]  20/5

therefore [1]  25/18
these [9]  5/24 8/25 18 14/7 14/8 16/5
18/6 18/7 18/24
they [41]
thing [5]  10/17 11/10 12/20 12/24 24/22
things [5]  4/22 5/7 12/4 12/4 23/23
think [9]  12/25 15/4 21/25 23/11 23/15
24/2 24/5 24/10 25/5
Third [1]  2/2
this [72]
those [8]  5/22 9/25 10/1 10/23 13/7
19/24 21/13 25/7
though [2]  3/13 4/23
through [6]  8/10 8/13 20/13 20/19 21/19
22/7
ticket [1]  5/9 5/15
time [4]  5/5 6/10 7/12 12/10
times [1]  23/6
today's [1]  25/11
together [2]  25/1 25/2
told [2]  21/11 23/6
too [2]  12/12 20/4
topic [1]  20/24
topics [2]  14/2 19/22
transaction [2]  10/8 24/16
transcription [2]  13/15 25/16
transfer [11]  4/12 4/18 6/1 9/15 10/2
11/11 13/9 13/13 13/19 14/3 14/12
transferred [10]  4/14 6/23 7/7 7/24 8/3
12/25 13/24 14/6 14/13 24/8
Traurig [2]  2/5 4/5
treated [1]  19/14
trip [2]  19/19 24/12
true [1]  21/21
try [2]  9/22 19/4
trying [2]  10/24 17/5
turn [1]  8/19
turning [2]  8/17 9/7
two [14]  4/22 6/2 7/15 7/21 9/9 10/16
10/16 11/12 11/12 11/20 14/2 14/6 23/5
24/21
type [2]  18/18 18/24

**U**

under [2]  10/6 13/7
underneath [2]  19/6 20/18
understand [3]  5/20 17/25 20/25
understood [2]  23/7
undertake [1]  18/24
undertook [1]  13/6
unfortunately [1]  24/11
UNITED [3]  1/1 1/11 14/24
unless [2]  9/16 16/11
unlocked [1]  20/21
unreasonable [1]  19/16
up [6]  7/6 7/23 12/18 13/3 13/6 23/17
upgrade [1]  19/15
us [2]  6/25 24/7
usage [15]  5/23 6/2 6/4 6/5 6/7 6/19 6/20
6/20 8/21 21/18 21/18 21/19 22/10 22/21
23/1
use [1]  8/15
used [1]  13/4
user [4]  8/18 18/14 21/7 22/2
users [1]  19/5
users' [2]  17/5 17/12
usually [3]  19/12 19/13 20/22

**V**

vacation [1]  11/6

vaccine [1]  12/4
valspan [1]  9/2
valuable [3]  13/3 13/4 13/5
variety [1]  14/24
various [1]  8/13
very [7]  8/5 10/25 14/21 15/16 20/1
23/15 25/10
VIA [1]  1/10
VIDEOCONFERENCE [1]  1/10
view [2]  19/23 20/8
Virginia [1]  12/19
vs [1]  1/5

**W**

wagon [2]  11/7 24/10
walk [1]  20/13
want [3]  5/23 13/8 15/7
wanted [3]  4/24 5/1 11/14
wants [3]  15/22 16/14 18/2
warned [1]  5/18
was [28]
wasn't [1]  23/4
Watkins [2]  2/1 4/3
way [11]  5/24 9/19 11/1 13/1 13/9 16/2
16/22 18/5 18/16 19/25 21/11
ways [1]  18/20
we [43]
weeks [3]  11/3 15/9 15/10
well [4]  7/21 9/13 20/22 23/18
well-known [1]  9/13
wells [5]  2/8 2/10 25/20 25/20 25/22
went [2]  3/18 21/25
were [20]  3/18 5/20 6/12 8/12 16/10
16/13 16/14 18/5 19/14 23/18
weren't [3]  23/25 23/25 24/1
what [29]
what's [1]  14/5
whatever [3]  13/7 19/10 19/16
whatsoever [1]  8/21
when [16]  5/15 7/18 13/4 13/5 14/6
14/16 14/23 15/8 15/10 15/10 15/25
17/16 17/19 23/18 24/14 24/15
where [20]  5/4 6/24 7/24 8/20 10/3 12/2
14/17 14/22 15/3 16/1 16/4 17/23 18/5
18/22 21/1 21/14 21/22 22/2 22/11 22/23
wherever [1]  13/7
whether [13]  9/2 10/5 10/7 10/11 10/14
13/18 13/24 19/9 24/15 24/16 24/18
24/20 24/24
which [21]  4/17 5/10 5/25 6/6 8/8 9/5 9/6
9/13 9/21 10/1 10/24 11/15 16/22 17/5
17/19 18/12 20/2 22/8 23/1 24/2 24/4
who [4]  12/20 16/21 18/23 24/10
whole [1]  13/8
why [7]  4/10 4/13 4/16 10/16 16/16
19/12 24/21
wildly [1]  7/5
will [9]  4/16 4/19 13/16 16/25 18/4 18/19
21/13 22/16 23/23
window [3]  15/21 16/23 16/24
within [3]  18/3 20/3 20/10
witness [1]  17/3
witnesses [5]  12/13 12/14 12/15 12/15
15/3
won't [1]  16/11
woods [1]  7/23
words [1]  16/4
work [2]  15/5 15/5
worked [1]  23/21
world [2]  14/25 17/23

W

would [12]  10/4 10/14 10/16 12/25 15/4
15/13 16/15 16/21 19/8 20/13 24/20
24/21

Y

year [4]  6/14 8/14 8/16 9/6
years [2]  6/22 23/5
Yes [2]  3/20 15/15
York [3]  2/3 7/22 7/24
you [90]
your [46]

Z

Zamber [2]  6/23 12/12
ZOOM [2]  1/10 11/25